IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**BRUNSON ROBERTS**                                                              **PETITIONER**

**V.**                  **CASE NO. 4:18-CV-193-JLH-BD**

**WENDY KELLEY, Director,**
**Arkansas Department of Correction**                                 **RESPONDENT**

## ORDER

The Court has carefully reviewed the Recommended Disposition filed by Magistrate Judge Beth Deere. The parties have not filed any objections to the Recommendation. After careful consideration, this Court adopts the Recommendation as its own.

Petitioner Brunson Roberts's petition for writ of habeas corpus (docket entry #1) and amended petition for writ of habeas corpus (#6) are DISMISSED, with prejudice.

IT IS SO ORDERED this 20th day of September, 2018.

_____
UNITED STATES DISTRICT JUDGE