IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BRUNSON ROBERTS                                                    PETITIONER

V.                      CASE NO. 4:18-CV-193-JLH-BD

WENDY KELLEY, Director,
Arkansas Department of Correction                                  RESPONDENT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, with prejudice.

IT IS SO ORDERED this 20th day of September, 2018.

_____
UNITED STATES DISTRICT JUDGE